| | |
|---|---|
| 1 | Joseph W. Cotchett (36324) |
|   | Steve N. Williams (175489) |
| 2 | **COTCHETT, PITRE & MCCARTHY** |
|   | 840 Malcolm Road, Suite 200 |
| 3 | Burlingame, CA 94010 |
|   | Telephone: (650) 697-6000 |
| 4 | Facsimile: (650) 697-0577 |
| 5 | Michael D. Hausfeld |
|   | Charles E. Tompkins |
| 6 | Andrew B. Bullion |
|   | Andrea L. Hertzfeld |
| 7 | **COHEN, MILSTEIN, HAUSFELD** |
|   | **& TOLL, P.L.LC.** |
| 8 | 1100 New York Avenue, NW |
|   | Suite 500, West Tower |
| 9 | Washington, DC  20005 |
|   | Telephone: (202) 408-4600 |
| 10 | Facsimile: (202) 408-4699 |
| 11 | Michael P. Lehmann (77152) |
|   | **COHEN, MILSTEIN, HAUSFELD** |
| 12 | **& TOLL, P.L.LC.** |
|   | One Embarcadero Center |
| 13 | Suite 526 A & B |
|   | San Francisco, CA  94111 |
| 14 | Telephone: (415) 623-2047 |
|   | Facsimile: (415) 623-2049 |

*Attorneys for Plaintiff Hwa Ja Chung*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

HWA JA CHUNG, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

KOREAN AIR LINES CO. LTD.,

    Defendant.

No. C 07 4016

**NOTICE OF RELATED CASES**

**Local Rule 3-12**

1

**TO THE COURT AND ALL PARTIES:**

Pursuant to Local Rule 3-12, Plaintiff Hwa Ja Chung gives notice that this action is related to *In Re International Air Transportation and Surcharge Antitrust Litigation* and *Hee Ho Chung, Myung K. Park, Issun K. Park v. Korean Air Lines Co. Ltd.*, in that both related actions use the same analyses, and involve the same subject matter of price fixing international air transportation fuel surcharges. Both related actions involve similar questions of tact and the same question of law such that their assignment to the same judge is likely to effect a substantial savings of judicial effort. Both related actions concern the same conduct by the defendant which, as set for the in the complaints in each action, constituted a violation of the Sherman Acts for price fixing international air transportation fuel surcharges. Assignment of this action to a single judge is likely to effect a savings of judicial effort and judicial effort and other economies because the same issues of tact and law will be presented in all of these related actions.

DATED: August 6, 2007

Respectfully submitted,

COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.

By: _____
Michael P. Lehmann (77152)
One Embarcadero Center
Suite 526 A & B
San Francisco, CA 94111
Telephone: (415) 623-2047
Facsimile: (415) 623-2049

Joseph W. Cotchett (36324)
Steve N. Williams (175489)
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

- 2 -

NOTICE OF RELATED CASES

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Michael D. Hausfeld
Charles E. Tompkins
Andrew B. Bullion
Andrea L. Hertzfeld
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.LC.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

Steven A. Kanner
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
Telephone:  (224) 632-4500
Facsimile:  (224) 632-4521

*Counsel for Plaintiff Hwa Ja Chung and the Class*

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

- 3 -

NOTICE OF RELATED CASES

## JURY TRIAL DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury of the Sherman Act claims and any other claims so triable asserted in this Complaint.

DATED: August 6, 2007

Respectfully submitted,

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.LC.**

By: *[signature]*
Michael P. Lehmann (77152)
One Embarcadero Center
Suite 526 A & B
San Francisco, CA 94111
Telephone: (415) 623-2047
Facsimile: (415) 623-2049

Joseph W. Cotchett (36324)
Steve N. Williams (175489)
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Michael D. Hausfeld
Charles E. Tompkins
Andrew B. Bullion
Andrea L. Hertzfeld
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.LC.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Steven A. Kanner
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

*Counsel for Plaintiff Hwa Ja Chung and the Class*