Bruce L. Simon (Bar No. 92641)
  bsimon@psswplaw.com
Esther L. Klisura (Bar No. 221171)
  eklisura@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW
  & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:   (415) 433-9008

Clifford H. Pearson (Bar No. 108523)
  cpearson@psswplaw.com
Gary S. Soter (Bar No. 67622)
  gsoter@psswplaw.com
Daniel L. Warshaw (Bar No. 185365)
  dwarshaw@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW
  & PENNY, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:  (818) 788-8300
Facsimile:   (818) 788-8104

*Counsel for Plaintiff Yoon S. Chang and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | Case No. C06-1793 CRB<br><br>MDL No. 1793 |
| YOON S. CHANG, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC.,<br><br>　　　　Defendants. | Case No. C07-4244 MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF YOON S. CHANG'S ADMINISTRATIVE MOTION TO RELATE CASES** |

771768.1

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**

1  On August 21, 2007, plaintiff Yoon S. Chang filed an Administrative Motion to
2  Relate Cases pursuant to Civil Local Rule 3-12.  The Court having considered the papers
3  and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.
4      IT IS HEREBY ORDERED that the following cases are deemed related and that all
5  later-filed cases are re-assigned to the Honorable Charles R. Breyer.

6      1.  *In re International Air Transportation Surcharge Antitrust Litigation*
7          Master File No. C06-1793 CRB
8      2.  *Hee Ho Chung, et al. v. Korean Air Lines Co., Ltd., et al.*
9          Case No. C07-3985 MEJ
10      3.  *Hwa Ja Chung v. Korean Air Lines Co., Ltd.*
11          Case No. C07-4016 BZ
12      4.  *Ben Lee v. Korean Air Lines Co., Ltd.*
13          Case No. C07-4085 JL
14      5.  *Yun Choi v. Korean Air Lines Co., Ltd.*
15          Case No. C07-4173 JCS
16      6.  *Yoon S. Chang v. Korean Air Lines Co., Ltd., et al.*
17          Case No. C07-4244 MMC
18  SO ORDERED.
19
20  Dated: _August 22, 2007____    _____
21                                United States District Court



PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 1200
SAN FRANCISCO, CALIFORNIA 94104

771768.1

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**