1  Michael P. Lehmann (77152)
   **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
2  One Embarcadero Center
   Suites 526 A & B
3  San Francisco, CA  94111
   Telephone:  (415) 623-2047
4  Facsimile:    (415) 433-5994

5

   Michael D. Hausfeld
6  Charles E. Tompkins
   Andrew B. Bullion
7  Hilary K. Ratway (209451)
   Andrea L. Hertzfeld
8  **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
   1100 New York Avenue, N.W.
9  West Tower, Suite 500
   Washington, DC 20005
10 Telephone:  (202) 408-4600
   Facsimile:    (202) 408-4699
11
   Steven A. Kanner
12 **FREED KANNER LONDON &
   MILLEN LLC**
13 2201 Waukegan Road, Suite 130
14 Bannockburn, IL 60115
   Telephone: (224) 632-4500
15 Facsimile: (224) 632-4521

16
   *Attorneys for Plaintiff Hwa Ja Chung*
17

18
                **UNITED STATES DISTRICT COURT
19               NORTHERN DISTRICT OF CALIFORNIA**

20  _____
                                    :
21  HWA JA CHUNG, individually and on : No. C-07-4016
    behalf of others similarly situated, :
22                                    : Honorable Charles R. Breyer
                  Plaintiff,          :
23                                    :
           v.                         : **FIRST AMENDED COMPLAINT**
24                                    :
    KOREAN AIR LINES CO., LTD., and   :
25  ASIANA AIRLINES, INC.,            : **JURY TRIAL DEMANDED**
                                      :
26                Defendants.         :
    _____  :
27

28

COHEN, MILSTEIN,
HAUSFELD & TOLL                - 1 -                    CERTIFICATE OF SERVICE
   P.L.L.C.                                             NO. C-07-4016-CRB

I, Hilary K. Ratway, am over the age of 18 and not a party to the within action. My business address is Cohen, Milstein, Hausfeld & Toll, PLLC, 1100 New York Avenue, N.W., West Tower, Suite 500, Washington, DC, 20005. On September 4, 2007, I served or caused to be served a true copy of the following document in the manner listed below:

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

**XXX   BY ECF**: I caused the aforementioned document(s) to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered or e-filing in No. C-07-4016. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

**XXX   BY ELECTRONIC MAIL**: I caused the aforementioned document(s) to be served upon the following counsel by electronic mail:

Peter Halle
**MORGAN LEWIS**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: 202-739-5225
Fax: 202-739-3001
phalle@morganlewis.com

*Counsel for Korean Air Lines Co., Ltd.*

Jon Rewinski
**HELLER EHRMAN LLP**
333 South Hope Street, 39th Floor
Los Angeles, CA 90071
Phone:  213-689-7645
Fax:  213-244-7645
jon.rewinski@hellerehrman.com

*Counsel for Asiana Airlines, Inc.*

DATED:  September 4, 2007         /s/ *Hilary K. Ratway*
                                  Hilary K. Ratway